HEATHER E. WILLIAMS, Bar #122664
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-CR-00199-1-ADA |
| Plaintiff, | **APPLICATION AND ORDER APPOINTING COUNSEL** |
| vs. | |
| FONG LEE, | |
| Defendant, | |

Defendant, Fong Lee, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel.

Mr. Lee submits the attached Financial Affidavit as evidence of his inability to retain counsel. On August 25, 2023, a Petition for Violation of Supervised Release was filed, and a summons has issued for Mr. Lee's initial appearance on September 7, 2023.

After reviewing his Financial Affidavit, it is respectfully recommended that counsel be promptly appointed to facilitate his appearance.

DATED: August 29, 2023      /s/ Eric V. Kersten
                                                               ERIC V. KERSTEN
                                                               Assistant Federal Defender
                                                               Branch Chief, Fresno Office

**O R D E R**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

IT IS SO ORDERED.

Dated:   **August 29, 2023**          /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE