PHILLIP A. TALBERT
United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00199-ADA |
|---|---|
| Plaintiff, | |
| v. | STIPULATION REGARDING RELEASE OF DISCOVERY AND ORDER |
| FONG LEE, | |
| Defendant. | |

United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. On September 7, 2023, the parties appeared for an initial appearance regarding the petition for violation of supervised released. Dkt. 5, 11. At the initial appearance, the parties did not request the Court to order Probation to release the discovery related to the petition.

2. Probation is requesting that the parties obtain an order from the Court regarding the release of the discovery before Probation will provide the discovery to the parties.

3. The parties anticipate this matter will proceed to a revocation hearing to be set at the next status conference.

///

///

STIPULATION REGARDING RELEASE OF DISCOVERY
AND PROPOSED ORDER

4. Accordingly, the parties request that the Court order Probation to release the discovery to the parties so the parties can review the discovery ahead of the revocation hearing.

IT IS SO STIPULATED.

Dated:  October 12, 2023

Respectfully submitted,
PHILLIP A. TALBERT
United States Attorney

/s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

Dated:  October 12, 2023

/s/ CAROLYN PHILLIPS
CAROLYN PHILLIPS
Counsel for Fong Lee

**ORDER**

IT IS SO ORDERED.

Dated:  **October 12, 2023**          /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE

STIPULATION REGARDING RELEASE OF DISCOVERY
AND PROPOSED ORDER