Carolyn D. Phillips,  #103045
Attorney-At-Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559)248-9833
cdp18@sbcglobal.net

Attorney for Defendant Fong Lee

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-cr-199 ADA SAB |
| *Plaintiff*, | JOINT STATUS REPORT; STIPULATION TO CONTINUE STATUS HEARING TO DECEMBER 14, 2023 at 2 p.m.; ORDER |
| v. | |
| FONG LEE, | |
| *Defendant*. | |

The parties file the following joint status report and stipulate to continue the status hearing scheduled in this matter for November 16, 2023, at 2 p.m., to December 14, 2023, at 2 p.m.

Counsel has learned today that defendant Fong Lee has been ill and is testing positive for COVID.  Further, a new psychological evaluation has been completed by Dr. Avak Howsepian.  The parties have yet to discuss the content and findings of the report which directly impact the potential resolution of this matter.  Given the illness of Mr. Lee and additional information, the parties by and through their respective counsel

1

stipulate and agree to continue the Status Hearing from November 16, 2023, to December 14, 2023, at 2 p.m.

**IT IS SO STIPULATED.**

Dated: November 14, 2023                              Respectfully submitted,

/s/ Carolyn D. Phillips
Carolyn D. Phillips
Attorney for Defendant
FONG LEE

Dated: November 14, 2023            PHILLIP A. TALBERT
United States Attorney

By: /s/ Brittany Guntar
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America

**ORDER**

**IT IS ORDERED** that the Status Hearing set in this matter for November 16, 2023 at 2 p.m., be continued to December 14, 2023, at 2 p.m. The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **November 14, 2023**                                    _____
                                                                                        UNITED STATES MAGISTRATE JUDGE

2