Carolyn D. Phillips,  #103045
Attorney-At-Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559)248-9833
cdp18@sbcglobal.net

Attorney for Defendant Fong Lee

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-cr-199 ADA SAB |
| *Plaintiff,* | JOINT STATUS REPORT; STIPULATION TO CONTINUE STATUS HEARING TO June 13, 2024 at 2 p.m.; ORDER THEREON |
| v. | |
| FONG LEE, | |
| *Defendant.* | |

The parties file the following joint status report and stipulate to continue the status hearing scheduled in this matter from December 14, 2023, at 2 p.m., to June 13, 2024.

Defense counsel has shared Dr. Howsepian's psychological evaluation and report with U.S. Probation Officer Bou, and with Assistant U.S. Attorney Brittany Gunter. Following a review of the report, probation proposed, and the parties agreed, to a continuance of the status hearing for six months to allow Mr. Lee time to continue in his efforts to obtain Supplemental Security Income benefits and to stabilize his mental health issues through a combination of psychotherapy and prescribed medications.

*Joint Status Report; Stipulation to Continue Status Hearing to June 13, 2024, at 2 p.m.*                    1

Mr. Lee will continue his compliance with all terms of supervision not involving employment.

**IT IS SO STIPULATED.**

Dated:  December 11, 2023          Respectfully submitted,

/s/ Carolyn D. Phillips
Carolyn D. Phillips
Attorney for Defendant
FONG LEE

Dated:  December 11, 2023          PHILLIP A. TALBERT
United States Attorney

By: /s/ Brittany Gunter
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America

**ORDER**

**IT IS ORDERED** that the Status Hearing set in this matter for December 14, 2023, at 2 p.m., be continued to June 13, 2024, at 2 p.m. before the Duty Magistrate Judge.

IT IS SO ORDERED.

Dated:  **December 11, 2023**          /s/
UNITED STATES MAGISTRATE JUDGE

*Joint Status Report; Stipulation to Continue Status Hearing to June 13, 2024, at 2 p.m.*          2