Carolyn D. Phillips,  #103045
Attorney-At-Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559)248-9833
cdp18@sbcglobal.net

Attorney for Defendant Fong Lee

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-cr-199 SKO |
| *Plaintiff,* | JOINT STATUS REPORT; STIPULATION TO CONTINUE STATUS HEARING TO SEPTEMBER 26, 2024 at 2 p.m.; ORDER THEREON |
| v. | |
| FONG LEE, | |
| *Defendant.* | |

The parties file the following joint status report and stipulation to continue the status hearing scheduled from June 13, 2024, at 2 p.m., to September 26, 2024, at 2 p.m.

Mr. Lee has a pending application for SSI disability.  Social Security is waiting for the results of Mr. Lee's two medical appointments set for June 21 and 29, 2024 before reaching a decision as to his eligibility.  Probation has stated it would dismiss the violation petition if Mr. Lee's application for disability is approved. To allow time for Social Security to determine Mr. Lee's eligibility for disability, the parties stipulate to continue the June 13, 2024, status conference to September 26, 2024.

*Joint Status Report; Stipulation to Continue Status Hearing to September 26, 2024, at 2 p.m.*

1

1    Mr. Lee remains in compliance with all other terms of his supervision.

2

3    **IT IS SO STIPULATED.**

4    Dated:  May 31, 2024                      Respectfully submitted,

5                                              /s/ Carolyn D. Phillips
                                               Carolyn D. Phillips
6                                              Attorney for Defendant
                                               FONG LEE
7

8    Dated: May 31, 2024                       PHILLIP A. TALBERT
                                               United States Attorney
9
                                               By: /s/ Brittany Guntar
10                                             Assistant U.S. Attorney
                                               Attorneys for Plaintiff
11                                             United States of America

12

13

14                                  **ORDER**

15   **IT IS ORDERED** that the Status Hearing set in this matter for June 13, 2024, at 2:00

16   p.m., be continued to September 26, 2024, at 2:00 p.m. before the Duty Magistrate Judge.

17   IT IS SO ORDERED.

18   Dated:   __**June 3, 2024**__           /s/ _Erica P. Grosjean_

19                                           UNITED STATES MAGISTRATE JUDGE

20

21

22,

23   *Joint Status Report; Stipulation to Continue Status Hearing to*            2
     *September 26, 2024, at 2 p.m.*