Carolyn D. Phillips,  #103045
Attorney-At-Law
P.O. Box 5622
Fresno, California  93755-5722
Telephone: (559)248-9833
cdp18@sbcglobal.net

Attorney for Defendant Fong Lee

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-cr-199 ADA/SKO |
| *Plaintiff,* | JOINT STATUS REPORT; STIPULATION TO CONTINUE STATUS HEARING TO FEBRUARY 20, 2025 at 2 p.m.; ORDER |
| v. | |
| FONG LEE, | |
| *Defendant.* | |

The parties file the following joint status report and stipulation to continue the September 26, 2024, at 2 p.m., status hearing to February 20, 2025 at 2 p.m.

In August Mr. Lee's application for SSI disability was denied.  His attorney filed an appeal of the denial and requested a hearing.  A hearing date has not yet been set. Probation has stated it would dismiss the violation petition if Mr. Lee's application for disability is approved. The parties stipulate to continue the September 26, 2024 status hearing to February 20, 2025 to allow additional time for Mr. Lee's appeal to be heard.

Mr. Lee remains in compliance with the terms of his supervision.

*Joint Status Report; Stipulation to Continue Status Hearing to February 20, 2025, at 2 p.m.*

1

IT IS SO STIPULATED.

Dated:  September 6, 2024          Respectfully submitted,

/s/ Carolyn D. Phillips
Carolyn D. Phillips
Attorney for Defendant
FONG LEE

Dated: September 6, 2024              PHILLIP A. TALBERT
United States Attorney

By: /s/ Brittany Guntar
Assistant U.S. Attorney
Attorneys for Plaintiff
United States of America

**ORDER**

**IT IS ORDERED** that the Status Hearing set in this matter for September 26, 2024, at 2 p.m., be continued to February 20, 2025 at 2 p.m.  The defendant is ordered to appear.

IT IS SO ORDERED.

Dated:   **September 9, 2024**

UNITED STATES MAGISTRATE JUDGE

*Joint Status Report; Stipulation to Continue Status Hearing to February 20, 2025, at 2 p.m.*

2