Carolyn D. Phillips, #103045
Attorney-At-Law
P.O. Box 5622
Fresno, California 93755-5722
Telephone: (559)248-9833
cdp18@sbcglobal.net

Attorney for Defendant Fong Lee

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00199-ADA |
| *Plaintiff*, | JOINT STATUS REPORT; STIPULATION TO CONTINUE STATUS HEARING; AND ORDER |
| v. | |
| FONG LEE, | |
| *Defendant*. | |

The parties file the following joint status report and stipulation to continue the February 20, 2025, at 2 p.m., status hearing to June 12, 2025, at 2 p.m.

The parties stipulate to continue the February 20, 2025, status hearing to June 12, 2025, to allow additional time for Mr. Lee's appeal to be heard and decided. In August Mr. Lee's application for SSI disability was denied. His attorney filed an appeal of the denial. The hearing date for the appeal has been set for March 13, 2025. Probation has stated it would dismiss the violation petition if Mr. Lee's application for disability is approved.

Mr. Lee remains in compliance with the terms of his supervision.

*Joint Status Report; Stipulation to Continue Status Hearing*

1

IT IS SO STIPULATED.

Dated: January 29, 2025          Respectfully submitted,

                                 /s/ Carolyn D. Phillips
                                 Carolyn D. Phillips
                                 Attorney for Defendant
                                 FONG LEE

Dated: January 29, 2025          MICHELE BECKWITH
                                 Acting United States Attorney

                                 By: /s/ Brittany Gunter
                                 Assistant U.S. Attorney
                                 Attorneys for Plaintiff
                                 United States of America

### ORDER

IT IS ORDERED that the status conference set in this matter for February 20, 2025, at 2:00 p.m., be continued to **Monday, April 28, 2025, at 2:00 p.m. before Magistrate Judge Barbara A. McAuliffe**. The Court will not continue this date. The parties shall be prepared to appear and discuss the status of the case in light of defendant's Social Security case and anticipated further proceedings in this case and before the Social Security Administration.

IT IS SO ORDERED.

Dated:   **January 30, 2025**             /s/ Barbara A. McAuliffe
                                          UNITED STATES MAGISTRATE JUDGE

*Joint Status Report; Stipulation to Continue Status Hearing*

2