MICHELE BECKWITH
Acting United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00199-ADA |
| Plaintiff, | |
| v. | MOTION TO DISMISS PETITION FOR VIOLATION OF SUPERVISED RELEASE WITHOUT PREJUDICE; ORDER |
| FONG LEE, | |
| Defendant. | |

The United States of America, by and through Michele Beckwith, Acting United States Attorney, and Brittany M. Gunter, Assistant United States Attorney, moves to dismiss without prejudice the pending Petition for Violation of Supervised Release in the above-captioned matter in the interests of justice. ECF 5.

The Petition charged Fong Lee ("the defendant") with two violations. ECF 5. One violation was for failing to follow instructions of his probation officer related to filling out an employment search verification form. The second violation was for failing to obtain employment.

The parties have reached a resolution wherein the defendant has agreed that if his application for social security disability insurance is denied, he will seek part-time or short contracted employment with a temp agency. In exchange for that agreement by the defendant, the government and Probation agreed to move to dismiss the pending Petition.

Accordingly, the government respectfully requests that the Court dismiss the Petition without

prejudice in the interests of justice.  The government also requests that the Court vacate the status conference currently set for April 28, 2025.

Dated:  April 18, 2025

MICHELE BECKWITH<br>
Acting United States Attorney<br>
<br>
/s/ BRITTANY M. GUNTER<br>
BRITTANY M. GUNTER<br>
Assistant United States Attorney

## **O R D E R**

IT IS HEREBY ORDERED that the Petition for Violation of Supervised Release in this case is **DISMISSED** in the interests of justice without prejudice. ECF 5.

IT IS FURTHER ORDERED that the status conference currently set for April 28, 2025, is hereby VACATED.

All other conditions of the defendant's Supervised Release shall remain in full force and effect. IT IS SO ORDERED.

DATED: April 22, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE